**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEREMY ISAIAH SELSKY,**

     **Plaintiff,**

**v.**               **Case No. 4:18cv105-MW/CAS**

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

     **Defendants.**

                        /

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED** for failure to prosecute and failure to comply with court orders." The Clerk shall terminate the pending motion for leave to proceed in forma pauperis,

ECF No. 2, and close the file.

**SO ORDERED on July 22, 2018.**

**s/Mark E. Walker**
**United States District Judge**